IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT L. MCKNEELEN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO: |
| | ) | 05-0306-P-C |
| MEDCORE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

OCT 28

## JOINT STIPULATION OF DISMISSAL

Comes now the Plaintiff, Robert L. McKneelen, by and through counsel, Earl P. Underwood, Jr., and the Defendant, MedCore, Inc., by and through counsel, Neal D. Moore, III and jointly represent to this Honorable Court that this cause of action is due to be dismissed with prejudice, cost taxed as paid. In support of this motion, the parties represent that all claims asserted or assertable in this matter have been resolved by a separate agreement.

Dated this the ___1___ day of __November__, 2005.

Respectfully submitted,

_____
Neal D. Moore, III

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
Post Office Box 430189
Birmingham, Alabama 35243

_____
Earl P. Underwood, Jr.

<u>OF COUNSEL</u>
Mr. Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533
Birmingham, Al 35223

#120197