IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. McKNEELEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-0306-P-C |
| ) | |
| MEDCORE, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with prejudice filed by the parties to this action, plaintiff Robert L. KcKneelen and defendant Medcore, Inc. (doc.14), it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Costs taxed as paid.

DONE this 14th day of November, 2005.

 S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE